IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:20-cv-271-GCM

| | |
|---|---|
| ANTHONY POMPEY, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| FIFTH THIRD BANK, N.A., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning **Karen S. Hockstad** (Doc. No. 5), which was filed May 26, 2020.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(B), Ms. Hockstad is admitted to appear before this court *pro hac vice* on behalf of Defendant Fifth Third Bank, N.A..

**IT IS SO ORDERED.**

Signed: June 4, 2020

Graham C. Mullen
United States District Judge