IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| ANTHONY POMPEY, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 3:20-cv-00271-GCM |
| FIFTH THIRD BANCORP, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff, ANTHONY POMPEY, ("Plaintiff"), through his attorney, Hormozdi Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 60 days.

Respectfully submitted,

August 31, 2020        By: /s/ Shireen Hormozdi
                           Shireen Hormozdi
                           Hormozdi Law Firm, PLLC
                           North Carolina Bar No. 47432
                           1770 Indian Trail Road, Suite 175
                           Norcross, GA 30093
                           Tel: 678–395-7795
                           Cell: 678-960-9030
                           Fax: 866-929-2434
                           shireen@agrusslawfirm.com
                           shireen@norcrosslawfirm.com

1

## CERTIFICATE OF SERVICE

I certify that on August 31, 2020, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Shireen Hormozdi
Shireen Hormozdi