# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| ANTHONY POMPEY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 3:20-cv-00271-GCM |
| FIFTH THIRD BANK, N.A., | ) ) | |
| Defendant. | ) ) | |

## STIPULATION TO DISMISS

Plaintiff, ANTHONY POMPEY, and Defendant, FIFTH THIRD BANK, N.A., through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.


By: /s/ Shireen Hormozdi_____
    Shireen Hormozdi
    Hormozdi Law Firm, PLLC
    North Carolina Bar No. 47432
    1770 Indian Trail Road, Suite 175
    Norcross, GA 30093
    Tel: 678–395-7795
    Cell: 678-960-9030
    Fax: 866-929-2434
    shireen@agrusslawfirm.com
    shireen@norcrosslawfirm.com
    Attorney for Plaintiff

By: /s/ Karen S. Hockstad_____
    Karen S. Hockstad
    DINSMORE & SHOHL, LLP
    191 W. Nationwide Boulevard, Suite 300
    Columbus, Ohio 43215
    Telephone: (614) 628-6930
    Facsimile: (614) 628-6890
    Karen.hockstad@dinsmore.com
    Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I certify that on September 28, 2020, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.


By: /s/ Shireen Hormozdi
      Shireen Hormozdi